UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN JOHNSON, an individual, | Case No. 2:25-cv-02081-JAM-AC |
| Plaintiff, | **ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |
| v. | |
| DOLLAR TREE, INC., a corporation; DOLLAR. TREE STORES. INC., a corporation; and DOES 1 to 50, | |
| Defendants. | |

The Court, having read and considered the parties' Joint Stipulation to Modify the Pretrial Scheduling Order [Doc. 7], finds good cause as to why the Pretrial Scheduling Order ("Scheduling Order") should be modified, based on the following:

1. The parties, through counsel, agree that based upon the foregoing, good cause exists to modify the current Pretrial Scheduling Order to allow them to complete the necessary and desired discovery and, further, to reach a settlement. The parties intend to resolve this matter and do not wish to incur unnecessary costs, and the proposed adjustments will allow the parties to properly evaluate the claims in an orderly and cost-effective manner.

2. Should the Court's current Pretrial Scheduling Order remain in effect all parties would suffer extreme prejudice and the unnecessary expenditure of time

**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT.

and financial resources.

3.     This is the first proposed modification to the Court's Pretrial Scheduling Order submitted by the parties.

4.     The parties have jointly agreed to extend the dates listed in the Scheduling Order by an additional 60 days as set for the below.

5.     The Pretrial Scheduling Order is hereby modified as follows:

| | Current Date | New Date |
| --- | --- | --- |
| All Discovery Completion Date | 06/05/2026 | **08/07/2026** |
| Expert Disclosure (Initial) | 04/10/2026 | **06/12/2026** |
| Expert Disclosure (Rebuttal) | 04/24/2026 | **06/26/2026** |
| Last Day to File Dispositive Motions | 07/31/2026 | **10/2/2026** |
| Dispositive Motion Hearing Date | 10/06/2026 10:00 a.m. | **12/01/2026, at 01:00 p.m.** |
| Pretrial Conference/ Last Day to Hear Motions and Motions in Limine | 12/04/2026 10:00 a.m. | **02/05/2027, at 10:00 a.m.** |
| Jury Trial | 01/11/2027 9:00 a.m. | **03/15/2027, at 9:00 a.m.** |

Any dates not modified by this Order shall remain as originally set.

**IT IS SO ORDERD.**

**Dated:** April 9, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

**ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT.